UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| CASSANDRA PREGLER and KYLE PREGLER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) NO: _____ ) JURY TRIAL DEMANDED |
| BETTY SUE SEAY and HILTON SEAY, | ) ) ) |
| Defendants. | ) |

## COMPLAINT

1. The Plaintiffs, **Cassandra Pregler and Kyle Pregler**, bring this civil action against the Defendants, **Betty Sue Seay and Hilton Seay**, and file a copy of their Complaint, certified by their attorney as being true and correct for the purpose of accompanying the summons, for damages in an amount not less than Three Million Five Hundred Thousand Dollars ($3,500,000).

2. The Plaintiffs, **Cassandra Pregler and Kyle Pregler**, are citizens and residents of Hall County, Georgia and resides at 4119 Woodfern Way, Gainesville, Georgia 30507.

3. The Defendants, **Betty Sue Seay and Hilton Seay**, are citizens and residents of Greene County, Tennessee, residing at 2516 Old Kentucky Road West, Mosheim, Tennessee 37818.

4. Pursuant to 28 U.S.C. § 1332(a), this Court has jurisdiction over the parties and the subject matter of this cause of action. The matter in controversy exceeds, exclusive of costs of disbursements, the sum of Seventy-Five Thousand ($75,000.00)

THE TERRY LAW FIRM
ATTORNEYS AT LAW
116 EAST MAIN STREET
POST OFFICE BOX 724
MORRISTOWN, TENNESSEE
37815-0724

Dollars.

5. On July 5, 2024, at approximately 2:04 p.m., the Plaintiff, 2016 **Cassandra Pregler**, was driving her 2016 Indian Scout motorcycle and was traveling northbound on Asheville Highway in Greene County, Tennessee.

6. At the time hereinabove mentioned, the Defendant, **Betty Sue Seay**, was driving a 2019 Buick Envision owned by the Defendant, **Hilton Seay,** when she failed to keep a proper lookout ahead and proper control of the vehicle and failed to yield the right-of-way and pulled into the Plaintiff **Cassandra Pregler's** path of travel.

7. The Plaintiff, **Cassandra Pregler**, brings this civil action against the Defendants, **Betty Sue Seay and Hilton Seay,** for personal injuries and damages, medical bills and expenses which she was caused to receive on or about July 5, 2024.

8. As a result of the Defendant **Betty Sue Seay's** negligence, the Plaintiff, **Cassandra Pregler,** suffered serious injuries requiring prolonged hospital stays. These injuries include, but are not limited to, two fractured ankles, two fractured legs, fractured pelvic bone, crushed pelvis, fractured vertebrae, fractured jaw, missing teeth, bladder and bowel issues, multiple contusions and abrasions and post-concussive issues.

9. The Plaintiff, **Kyle Pregler,** brings this civil action against the Defendants, **Betty Sue Seay and Hilton Seay,** for loss of consortium, which he was caused to receive as a result of his wife's injuries.

10. The Plaintiff, **Cassandra Pregler**, brings this civil action against the Defendants, **Betty Sue Seay and Hilton Seay,** for injuries which she was caused to receive on or about July 5, 2024. As a result of this accident, **Cassandra Pregler** has sustained serious and disabling injuries. Said injuries to the Plaintiff have resulted in

THE TERRY LAW FIRM
ATTORNEYS AT LAW
116 EAST MAIN STREET
POST OFFICE BOX 724
MORRISTOWN, TENNESSEE
37815-0724

permanent disability and have impaired her capacity for work, labor, business and the enjoyments and pleasures of life. As a result of these injuries, Plaintiff has incurred and shall continue to incur medical bills as well as pain and suffering.

11. The Defendant, **Betty Sue Seay**, violated certain statutes which were in full force and effect in the State of Tennessee on the date of the accident:

a. The Defendant failed to obey Tennessee Traffic laws, in violation of T.C.A. §55-8-103;

b. The Defendant was negligent in failing to yield the right-of-way in violation of T.C.A. §55-8-130;

c. The Defendant was negligent in failing to exercise due care while driving in violation of T.C.A. §55-8-136;

d. The Defendant was negligent in violating T.C.A. §55-8-143 by failing to see that a turning movement can be made safely;

e. The Defendant was negligent in failing to keep a proper lookout;

f. The Defendant was negligent in failing to use a degree of care and caution in the operation of the vehicle as required of a reasonable and prudent person under the same or similar circumstances existing at the time and place of the aforementioned collision;

g. The Defendant was negligent in the willful and wanton disregard for the safety of other persons and property in violation of T.C.A. §55-10-208(a);

12. The Defendant, **Hilton Seay**, owned and maintained the 2019 Buick Envision which was being operated by the Defendant, **Betty Sue Seay,** at the time of the accident.

THE TERRY LAW FIRM
ATTORNEYS AT LAW
116 EAST MAIN STREET
POST OFFICE BOX 724
MORRISTOWN, TENNESSEE
37815-0724

13. Pursuant to T.C.A. §55-10-311 and T.C.A. §55-10-312, an owner-driver-agency relationship existed between the driver of the vehicle, **Betty Sue Seay**, and the owner of the vehicle, **Hilton Seay.**

14. The Plaintiffs would allege that the Defendant, **Hilton Seay**, was vicariously liable for the acts of **Betty Sue Seay** under T.C.A. §55-10-311and T.C.A. §55-10-312 in the family purpose doctrine.

15. The violation of the aforementioned statutory and common law duties by the Defendants constitutes negligence which was a direct and proximate cause of the accident and the injuries and damages sustained by the Plaintiffs.

**WHEREFORE**, the Plaintiffs, **Cassandra Pregler and Kyle Pregler,** ask for judgment against the Defendants, **Betty Sue Seay and Hilton Seay**, in an amount not less than Three Million Five Hundred Thousand Dollars ($3,500,000) and ask for a jury in the trial of this cause.

Respectfully submitted,

*/s/ F. Braxton Terry*
F. Braxton Terry, BPR #018248
THE TERRY LAW FIRM
116 East Main Street
P.O. Box 724
Morristown, TN 37815-0724
423-586-5800 /Fax 423-587-4714
Email: brack@terry-lawfirm.com

THE TERRY LAW FIRM
ATTORNEYS AT LAW
116 EAST MAIN STREET
POST OFFICE BOX 724
MORRISTOWN, TENNESSEE
37815-0724

Case 2:25-cv-00038-DCLC-CRW    Document 1    Filed 02/20/25    Page 4 of 4    PageID #: 4